UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:05cv40030FDS

| | |
|---|---|
| JOHN A. BOLDUC, JR.<br>    Plaintiff<br>v.<br><br>TOWN OF WEBSTER, ROBIN LEAL, RICHARD BERGERON, AND WILLIAM KEEFE<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter our appearance as counsel for Defendant ROBIN LEAL in relation to the above captioned matter

                                                The Defendant,
                                                ROBIN LEAL,
                                                By Her Attorneys,

                                                William P. Breen, Jr. BBO #558768
                                                Rebecca L. Andrews, BBO #644846
                                                MURPHY, HESSE, TOOMEY & LEHANE, LLP.
                                                300 Crown Colony Drive, Suite 410
                                                Quincy, MA 02169
                                                (617) 479-5000

Dated: May 6, 2005

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 6th day of May 2005, he served a copy of the foregoing document, via first class mail, upon the following:

John J. Green, Esq.
Green, Miles, Lipton & Fitz-Gibbon
77 Pleasant Street, P.O. Box 210
Northampton, MA 01061-0210

Carole S. Lynch, Esq.
Morrison Mahoney, LLP.
1500 Main Street, Suite 2400
Springfield, MA 01115

David C. Jenkins, Esq.
Kopelman & Paige, PC
31 St. James Street
Boston, MA 02116

_____
William P. Breen, Jr.

2