UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| JOHN A. BOLDUC, JR. <br> Plaintiff <br> v. <br><br> TOWN OF WEBSTER, ROBIN LEAL, RICHARD BERGERON, AND WILLIAM KEEFE <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify and affirm that defense counsel has conferred with their client:

(a) With a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

The Defendant,

_____
Robin Leal

Defense counsel,

_____
William P. Breen, Jr., BBO #558768
Rebecca L. Andrews, BBO #644846
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony, Suite 400
Quincy, MA  02169
(617) 479-5000

Dated : April 4, 2005

## CERTIFICATION OF SERVICE

The undersigned attorney hereby certifies that on this 6th day of May 2005, he served a copy of the foregoing document, via first class mail, upon the following:

John J. Green, Esq.
Green, Miles, Lipton & Fitz-Gibbon
77 Pleasant Street, P.O. Box 210
Northampton, MA 01061-0210

Carole S. Lynch, Esq.
Morrison Mahoney, LLP.
1500 Main Street, Suite 2400
Springfield, MA 01115

David C. Jenkins, Esq.
Kopelman & Paige, PC
31 St. James Street
Boston, MA 02116

_____
William P. Breen, Jr.