UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-40030FDS

| | |
|---|---|
| JOHN A. BOLDUC, JR.<br>　　　Plaintiff,<br><br>v.<br><br>TOWN OF WEBSTER, ROBIN LEAL, RICHARD BERGERON, and WILLIAM KEEFE,<br>　　　Defendants. | **PLAINTIFF'S NOTICE OF AMENDED COMPLAINT** |

Please take notice that the enclosed is a copy of the Amended Complaint filed in this action as a matter of course, pursuant to Federal Rules of Civil Procedure Rule 15(a). The Amended Complaint is not asserting any new or additional demands for relief against the Defendants; therefore, a copy of the Amended Complaint and this Notice will be served upon the Defendants, pursuant to Rule 5 of the Federal Rules of Civil Procedure.

Date: June 8, 2005

Respectfully submitted,
John A. Bolduc, Jr.
By his attorney,


/s/ John J. Green, Jr.
John J. Green, Jr.
GREEN, MILES, LIPTON & FITZ-GIBBON
77 Pleasant Street, P.O. Box 210
Northampton, MA  01061-0210
Telephone: 413-586-8218
Fax: 413-584-6278
BBO# 209020

CERTIFICATE OF SERVICE

      I, John J. Green, Jr., do hereby certify that, on this date, I served a copy of the foregoing document upon the Defendants electronically and by mailing same, first class postage prepaid, to:

Attorney Carole Lynch
Morrison Mahoney, LLP
Tower Square
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-5387

Attorney William P. Breen, Jr.
Murphy, Hesse, Toomey & Lehane, LLP
Crown Colony Plaza
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA  02269-9126

Date:  June 8, 2005              /s/ John J. Green, Jr._____
                                                              John J. Green, Jr.