UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:05-cv-40030-FDS

| | |
|---|---|
| JOHN A. BOLDUC, JR.,<br>Plaintiff<br><br>v.<br><br>TOWN OF WEBSTER, ROBIN LEAL,<br>RICHARD BERGERON and WILLIAM KEEFE,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendants, Town of Webster, Richard Bergeron and William Keefe, with regard to the above-captioned matter.

MORRISON MAHONEY LLP

_____
Carole Sakowski Lynch, BBO#547718
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-5387
(413) 737-4373
(413) 739-3125 (Fax)

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by (mail) (by hand) on 6/8/05

294500v1