UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:05-CV-40030-FDS

| | |
|---|---|
| JOHN A. BOLDUC, JR.,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| TOWN OF WEBSTER, ROBIN LEAL,<br>RICHARD BERGERON and<br>WILLIAM KEEFE,<br>    Defendants | )<br>)<br>)<br>) |

**JOINT STATEMENT OF THE PARTIES IN
PREPARATION FOR SCHEDULING CONFERENCE**

The parties, by their respective counsel, file the following joint statement in accordance with the Notice of Scheduling Conference dated August 2, 2005, Fed. R. Civ. P. 26 and Local Rule 16.1 of the United States District Court of Massachusetts.

Joint Discovery Plan

A.   Initial disclosures to be made on or before September 24, 2005.

B.   Written discovery requests to be served by October 24, 2005.

C.   Non-expert depositions to be completed by April 24, 2006.

D.   Plaintiff to disclose expert witnesses by May 24, 2006.

E.   Defendant to disclose expert witnesses by June 24, 2006.

F.   Expert discovery, including, without limitation, depositions, if any, to be completed by August 24, 2006.

The defendants acknowledged that they received a settlement proposal from the plaintiff. Subsequently, negotiations were conducted pursuant to said proposal. At this time, the parties are unable to resolve the case at this juncture.

300421v1

II.     Proposed Schedule for Filing Motions

    A.     All parties will be joined and pleadings will be amended by October 1, 2005.

    B.     Dispositive motions to be filed by September 1, 2006.

    C.     Oppositions to dispositive motions to be filed by October 1, 2006.

III.     Certifications

    The certifications of the parties are submitted under separate cover.

| Attorney for the Plaintiff<br>John A. Bolduc, Jr. | Attorney for the Defendants<br>Town of Webster, Richard Bergeron<br>and William Keefe |
|---|---|
| /s/ John J. Green, Jr.<br>John J. Green, Jr., Esq., BBO#209020<br>Green, Miles, Lipton & Fitz-Gibbon<br>77 Pleasant Street<br>P.O. Box 210<br>Northampton, MA  01061-0210<br>(413) 586-8218<br>(413) 584-6278 (fax) | /s/ Carole Sakowski Lynch<br>Carole Sakowski Lynch, BBO#547718<br>Morrison Mahoney LLP<br>1500 Main Street, Suite 2400<br>P.O. Box 15387<br>Springfield, MA  01115-5387<br>(413) 737-4373<br>(413) 739-3125 (Fax) |

Attorney for the Defendant
Robin Leal


   /s/ William P. Breen, Jr.
William P. Breen, Jr., Esq.
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA  02169
(617) 479-5000
(617) 479-6469 (fax)

2