UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-40030FDS

| | |
|---|---|
| JOHN A. BOLDUC, JR. )<br>Plaintiff, )<br> )<br>v. )<br> )<br>TOWN OF WEBSTER, ROBIN )<br>LEAL, RICHARD BERGERON, )<br>and WILLIAM KEEFE, )<br>Defendants. )<br> ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D), the undersigned hereby certify that they have conferred concerning the establishment of a budget for the cost of conducting the full-course and various alternative course for the litigation and concerning the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| John A. Bolduc, Jr.,<br>Plaintiff | Attorney for the Plaintiff<br>John J. Green, Jr. |
| /s/John A. Bolduc, Jr.<br>John A. Bolduc, Jr.<br>33 Highcrest Park<br>Webster, MA 01570<br>Phone: 508-943-9907 | /s/John J. Green, Jr.<br>John J. Green, Jr.<br>Green, Miles, Lipton & Fitz-Gibbon<br>77 Pleasant Street, P.O. Box 210<br>Northampton, MA 01061-0210<br>Phone: 413-586-8218<br>Fax: 413-584-6278<br>BBO #: 209020 |

### Certificate of Service

I certify that a true copy of this document has been served by mail upon all counsel of record on August 23, 2005.

/s/John J. Green, Jr.
John J. Green, Jr.