UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| JOHN A. BOLDUC, JR. <br>     Plaintiff <br> v. <br><br> TOWN OF WEBSTER, ROBIN LEAL, RICHARD BERGERON, AND WILLIAM KEEFE <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Rebecca L. Andrews hereby serves notice of her withdrawal of appearance as counsel for Defendant Robin Leal.

                                        Respectfully submitted,


                                      /s/ Rebecca L. Andrews
                                      Rebecca L. Andrews, Esq., BBO #644846
                                      Murphy, Hesse, Toomey & Lehane, LLP
                                      300 Crown Colony Drive, Suite 410
                                      Quincy, MA 02110
                                      (617)479-50000

Date:  March 9, 2006

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 9, 2006.

                                              /s/ Rebecca L. Andrews
                                              Rebecca L. Andrews