UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:05-CV-40030-FDS

JOHN A. BOLDUC, JR.,
    Plaintiff

v.

TOWN OF WEBSTER, ROBIN LEAL,
RICHARD BERGERON and
WILLIAM KEEFE,
    Defendants

### JOINT MOTION OF THE PLAINTIFF AND THE DEFENDANTS TO CONTINUE STATUS CONFERENCE SCHEDULED FOR MAY 4, 2006

Now come the plaintiff and the defendants and respectfully request that the court continue the status conference for 90 days. As reason for this request, the parties state that they will need an additional 90 days in order to complete discovery, especially since written discovery has been a lengthy process. In addition, new counsel will be appearing on behalf of the defendant, Robin Leal, and will need additional time to get up to speed.

WHEREFORE, the parties request that they be allowed an additional 90 days to complete discovery and that the status conference be continued.

| Attorney for John A. Bolduc, Jr. | Attorney for Town of Webster, Richard Bergeron and William Keefe |
|---|---|
| John J. Green, Jr., Esq. | Carole Sakowski Lynch, BBO#547718 |
| Green, Miles, Lipton & Fitz-Gibbon | Morrison Mahoney LLP |
| 77 Pleasant Street | 1500 Main Street, Suite 2400 |
| P.O. Box 210 | P.O. Box 15387 |
| Northampton, MA 01061-0210 | Springfield, MA 01115-5387 |
| (413) 586-8218 | (413) 737-4373 |
| (413) 584-6278 (fax) | (413) 739-3125 (Fax) |

306255v1

Attorney for Robin Leal,

/s/ Geoffrey McCollough
_____
Geoffrey B. McCollough, BBO#558207
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02169
(617) 479-5000
(617) 479-6469 (fax)

I hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on 5/3/06.