UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN A. BOLDUC, JR., <br>     Plaintiff, <br><br> v. <br><br> TOWN OF WEBSTER, ROBIN LEAL, <br> RICHARD BERGERON and <br> WILLIAM KEEFE, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 4:05-CV-40030-FDS |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as lead counsel for the defendant Robin Leal.

    Respectfully submitted,

    ROBIN LEAL,

By: /s/ Geoffrey B. McCullough
    Geoffrey B. McCullough, BBO # 558207
    Hesse, Toomey & Lehane, LLP
    World Trad Center East
    Two Seaport Lane
    Boston, MA 02210
    (617) 479-5000
    (617) 338-1324 - Facsimile

DATED: May 5, 2006