UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN A. BOLDUC,<br>　　　　　Plaintiff,<br><br>v.<br><br>TOWN OF WEBSTER, et al.,<br>　　　　　Defendants. | )<br>)<br>)<br>)　CIVIL ACTION NO. 05-CV-40030-FDS<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE – ASSENTED TO

　　　The undersigned, William P. Breen, Jr., hereby moves, pursuant to Local Rule 83.5.2(c) of the United States District Court for the District of Massachusetts, for leave withdraw his appearance as counsel for the Defendant, Robin Leal, in the above-captioned matter. As grounds therefor, undersigned counsel states as follows:

　　　1.　　Undersigned counsel recently left his former law firm of Murphy, Hesse, Toomey & Lehane, LLP, and joined the law firm of Eckert, Seamans, Cherin & Mellott, LLC.

　　　2.　　The Defendant now wishes to reassign the defense of this case from undersigned counsel to Attorney Geoffrey B. McCullough with the law firm of Murphy, Hesse, Toomey & Lehane, LLP who filed an Notice of Appearance in this matter on behalf of the Defendant on May 5, 2006.

　　　3.　　No trial date has been set for this matter by the Court.

　　　4.　　This Motion for Leave to Withdraw Appearance is assented to by counsel for the plaintiff and by counsel for the co-defendants.

{K0325410.1}

WHEREFORE, the undersigned hereby requests that this Court grant him leave to withdraw from the above-captioned matter as counsel for Defendant Robin Leal.

Respectfully submitted,

/s/ William P. Breen, Jr.
William P. Breen, Jr., BBO #558768
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place
Boston, MA 02110
(617) 342-6800

Dated: May 18, 2006

*Assented To*:
Plaintiff,
JOHN A. BOLDUC, JR.
By his attorneys,

Defendant,
TOWN OF WEBSTER, RICHARD BERGERON and WILLIAM KEEFE,
By their attorneys,

/s/ John J. Green, Jr.
John J. Green, Jr.
Green, Miles, Lipton & Fitz-Gibbon
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
(413) 586-8218

/s/ Carole Sakowski Lynch
Carol Sakowski Lynch, BBO# 547718
Morrison Mahoney LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387
(413) 737-4373

Attorney for Robin Leal,

/s/ Geoffrey B. McCollough
Geoffrey B. McCollough, BBO# 558207
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, S-410
Quincy, MA 02169
(617) 479-5000

{K0325410.1}

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 18, 2006.

                                              /s/ William P. Breen, Jr.

{K0325410.1}