UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-40030FDS

JOHN A. BOLDUC, JR.                )
        Plaintiff,              )
                                   )
                                   )
v.                                 )
                                   )
                                   )
TOWN OF WEBSTER, ROBIN             )
LEAL, RICHARD BERGERON,            )
and WILLIAM KEEFE,                 )
        Defendants.             )
                                   )

## JOINT MOTION TO EXTEND DISCOVERY PERIOD

Now come the parties to this action and jointly move the Court to extend the period for the conduct of discovery until September 15, 2006, and to extend accordingly all subsequent deadlines. After consultation among the parties and the conduct of initial discovery, the parties have determined a schedule for the completion of depositions of case principals that addresses the particular circumstances of the parties and availability. The agreed joint schedule is attached as Exhibit 1. Adjustments in availability dates were determined after notices had been served within the existing discovery period.

Date:

Respectfully submitted,

John Bolduc,

By his attorney,

/s/ John J. Green, Jr.
John J. Green, Jr.
Green, Miles, Lipton &
Fitz-Gibbon, LLP
77 Pleasant Street, P.O. Box 210
Northampton, MA 01061
Telephone: 413-586-8218
Fax: 413-584-6278
BBO# 209020

Town of Webster, Richard Bergeron
and William Keefe,
By their attorney,

/s/ Carole Sakowski Lynch
Carole Sakowski Lynch
Morrison Mahoney, LLP

1500 Main Street
Springfield, MA 01115
Telephone: 413-737-4373
Fax: 413-739-3125
BBO#

Robin Leal,
By her attorney,


/s/ Geoffrey B. McCullough
Geoffrey B. McCullough
Murphy, Hesse, Toomey &
Lehane, LLP
World Trade Center East
Two Seaport Lane
Boston, MA  02210
Telephone: 617-479-5000
Fax: 617-338-1324
BBO#

## **EXHIBIT 1**

| | |
|---|---|
| August 10, 2006 | Robin Leal |
| August 17, 2006 | William Keefe |
| August 18, 2006 | Richard Bergeron |
| August 23, 2006 | Thomas Ralph |
| August 31, 2006 | John Bolduc |