UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:05-CV-40030-FDS

| | |
|---|---|
| JOHN A. BOLDUC, JR., <br>     Plaintiff <br> v. <br><br> TOWN OF WEBSTER, ROBIN LEAL, <br> RICHARD BERGERON and WILLIAM <br> KEEFE, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANTS', TOWN OF WEBSTER, RICHARD BERGERON, AND WILLIAM KEEFE, MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF 20 PAGES
### ASSENTED TO

Now come the defendants, Town of Webster, Richard Bergeron and William Keefe, and moves this honorable court for leave to file memorandum in excess of 20 pages pursuant to *Local Rule 7.1(B)(4)*.

### LOCAL RULE 7.1 CERTIFICATION

On November 2, 2006, the defendant's counsel, Denise M. Tremblay, conferred with plaintiff's counsel, John Green, and co-defendant's counsel, Geoffrey McCullough, both of whom indicated that they assented to the defendants' motion for leave to file memorandum in support of motion for summary judgment in excess of 20 pages.

                                                         The Defendants
                                                         Town of Webster, Richard Bergeron
                                                         and William Keefe

                                                         By Their Attorneys
                                                         MORRISON MAHONEY LLP


                                                     /s/ Carole Sakowski Lynch
                                                    Carole Sakowski Lynch, BBO#547718
                                                    1500 Main Street, Suite 2400
                                                    P.O. Box 15387
                                                    Springfield, MA  01115-5387
                                                    (413) 737-4373
                                                    (413) 739-3125 (Fax)

339106v1

ASSENTED TO:


\_\_\_\_/s/ John J. Green, Jr._____
John J. Green, Jr., Esq.
Green, Miles, Lipton & Fitz-Gibbon
77 Pleasant Street
P.O. Box 210
Northampton, MA  01061-0210
(413) 586-8218
(413) 584-6278 (fax)


\_\_\_\_/s/ Geoffrey B. McCollough_____
Geoffrey B. McCollough, Esq.
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA  02169
(617) 479-5000
(617) 479-6469 (fax)



       I hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on November 3, 2006.


/s/ Carole Sakowski Lynch_____