UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:05-CV-40030-FDS

| | |
|---|---|
| JOHN A. BOLDUC, JR.,<br>    Plaintiff<br>v.<br><br>TOWN OF WEBSTER, ROBIN LEAL,<br>RICHARD BERGERON and WILLIAM<br>KEEFE,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS', TOWN OF WEBSTER, RICHARD BERGERON, AND WILLIAM KEEFE, MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT ASSENTED TO

Now come the defendants, Town of Webster, Richard Bergeron and William Keefe, and move this Honorable Court for a three (3) day extension of time to file its Motion For Summary Judgment with the Court.

In support of this motion, the defendants state as follows:

The current deadline for filing defendants' motion for summary judgment is November 14, 2006. This case involves complex factual issues which span from 2002, as well as complex legal issues under *42 U.S.C. § 1983; 42 U.S.C. § 1985;* Title VII*; M.G.L. c. 151B; M.G.L. c. 149, § 185; and M.G.L. c. 12, § 11I.* In addition, defendants' counsel has day-long depositions scheduled in another matter on November 13 and 14, 2006. As such, the defendants need additional time to finalize their Motion For Summary Judgment in this case.

### LOCAL RULE 7.1 CERTIFICATION

On November 9, 2006, the defendants' counsel, Carole Sakowski Lynch, conferred with plaintiff's counsel, John Green, and co-defendant's counsel, Geoffrey McCullough, both of whom indicated that they assented to the defendants' motion for extension of time to file motion for summary judgment by three days

339877v1

.

                                                  The Defendants
Town of Webster, Richard Bergeron
and William Keefe

By Their Attorneys
MORRISON MAHONEY LLP


      /s/ Carole Sakowski Lynch
Carole Sakowski Lynch, BBO#547718
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387
(413) 737-4373
(413) 739-3125 (Fax)


ASSENTED TO:



      /s/ John J. Green, Jr.
John J. Green, Jr., Esq.
Green, Miles, Lipton & Fitz-Gibbon
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
(413) 586-8218
(413) 584-6278 (fax)


      /s/ Geoffrey B. McCollough
Geoffrey B. McCollough, Esq.
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02169
(617) 479-5000
(617) 479-6469 (fax)


      I hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on November 9, 2006.


/s/ Carole Sakowski Lynch

2