UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-40030FDS

|  |  |  |
|---|---|---|
| JOHN A. BOLDUC, JR. | ) | |
| Plaintiff, | ) | |
| | ) | **ASSENTED TO MOTION FOR** |
| v. | ) | **EXTENSION OF TIME TO FILE** |
| | ) | **RESPONSE TO MOTIONS FOR** |
| TOWN OF WEBSTER, ROBIN | ) | **SUMMARY JUDGMENT** |
| LEAL, RICHARD BERGERON, | ) | |
| and WILLIAM KEEFE, | ) | |
| Defendants. | ) | |

Now comes the Plaintiff in the above-entitled matter and respectfully requests the Court to extend the time for Plaintiff to respond to Defendants' Town of Webster, Richard Bergeron, William Keefe and Robin Leal Motions for Summary Judgment to December 15, 2006. In support thereof, Plaintiff represents that his counsel has been debilitated from a serious upper respiratory infection that has kept him from fully attending to the Defendants' Motions, which were filed on November 17, 2006 and November 14, 2006 respectively.

The Defendants, by counsel, have been conferred with and have assented.

WHEREFORE, the Plaintiff requests that he be allowed until December 15, 2006 to respond to Defendants' Motions for Summary Judgment.

Date:

Respectfully submitted,

John Bolduc,

By his attorney,

/s/ John J. Green, Jr.
John J. Green, Jr.
Green, Miles, Lipton &
Fitz-Gibbon, LLP
77 Pleasant Street, P.O. Box 210
Northampton, MA  01061
Telephone: 413-586-8218
Fax: 413-584-6278
BBO# 209020


Robin Leal,
By her attorney,

/s/ Geoffrey B. McCullough
Geoffrey B. McCullough
Murphy, Hesse, Toomey &
Lehane, LLP
World Trade Center East
Two Seaport Lane
Boston, MA  02210
Telephone: 617-479-5000
Fax: 617-338-1324
BBO#

Town of Webster, Richard Bergeron
and William Keefe,
By their attorney,

/s/ Carole Sakowski Lynch
Carole Sakowski Lynch
Morrison Mahoney, LLP

1500 Main Street
Springfield, MA  01115
Telephone: 413-737-4373
Fax: 413-739-3125
BBO#

CERTIFICATE OF SERVICE

    I, John J. Green, Jr., do hereby certify that, on this date, I served a copy of the foregoing document upon the Defendants by mailing same, first class postage prepaid, to:

        Attorney Carole Lynch
        Morrison Mahoney, LLP
        Tower Square
        1500 Main Street, Suite 2400
        P.O. Box 15387
        Springfield, MA  01115-5387

        Attorney Geoffrey B. McCullough
        Murphy, Hesse, Toomey & Lehane, LLP
        World Trade Center East
        Two Seaport Lane
        Boston, MA  02210

        Date:                         /s/ John J. Green, Jr._____