UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-40030FDS

| | |
|---|---|
| JOHN A. BOLDUC, JR. )<br>  Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF WEBSTER, ROBIN )<br>LEAL, RICHARD BERGERON, )<br>and WILLIAM KEEFE, )<br>  Defendants. )<br>_____) | **OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF THE DEFENDANT, ROBIN LEAL** |

  Now comes John A. Bolduc, Jr., Plaintiff in this matter, and opposes the Motions for Summary Judgment filed by the Defendant Robin Leal ("Leal") on November 14, 2006, as amended.

  In support of his Opposition, the Plaintiff files herewith his Memorandum in Opposition to Robin Leal's Motion for Summary Judgment, and a set of exhibits referred to in the Memorandum and Opposition.

  Plaintiff contends there exist genuine issues of material fact with regard to his allegations sufficient to submit this matter to a trier of fact as more fully articulated in his memorandum.

Date: December 15, 2006

Respectfully submitted,
The Plaintiff,
By his attorney,

/s/ John J. Green, Jr.
John J. Green, Jr.
Green, Miles, Lipton & Fitz-Gibbon, LLP
77 Pleasant Street, P.O. Box 210
Northampton, MA 01061-0210
Telephone: 413-586-8218
Fax: 413-584-6278
BBO# 209020

CERTIFICATION

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the notice of electronic filing, and paper copies will be sent to those indicated as non-registered participants on December 15, 2006.

Date:   December 15, 2006        /s/ John J. Green, Jr.
                                                    John J. Green, Jr.