UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:05-CV-40030-FDS

| | |
|---|---|
| JOHN A. BOLDUC, JR.,<br>    Plaintiff<br>v.<br><br>TOWN OF WEBSTER, ROBIN LEAL,<br>RICHARD BERGERON and WILLIAM<br>KEEFE,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION OF THE PARTIES FOR STAY OF PROCEEDINGS

Now come the plaintiff and the defendants and respectfully request that the court grant a stay of the proceedings in this matter, including the summary judgment motion hearing scheduled for December 19, 2006, until a decision is rendered in the matter of John Bolduc v. Town of Webster, Case No. D-04-107, which is pending at the Massachusetts Civil Service Commission. The hearing of that matter occurred on October 24, 25, December 5, 6 and 7, 2005. Based on information received from the attorney who represented the Town at the Civil Service Commission hearing, a decision is expected to issue within three to six months.

As reason for this motion, the parties state that in preparing the motions for summary judgment and the oppositions to the motions for summary judgment, it became clear to them that the decision with respect to the Civil Service Commission case is very important to the outcome of the subject case. That is, in the event that the Civil Service Commission decides in favor of the plaintiff, several of the issues in the subject claim may be resolved. Furthermore, the outcome could posture this case for a settlement.

WHEREFORE, the parties respectfully request that this court grant a stay of the proceedings until the Civil Service Commission decision is issued.

343343v1

The Plaintiff
JOHN A. BOLDUC, JR.
By His Attorneys
GREEN, MILES, LIPTON & FITZ-GIBBON


   /s/ John J. Green, Jr.
John J. Green, Jr., Esq.
77 Pleasant Street
P.O. Box 210
Northampton, MA  01061-0210
(413) 586-8218
(413) 584-6278 (fax)

The Defendants
TOWN OF WEBSTER, RICHARD BERGERON
and WILLIAM KEEFE
By Their Attorneys
MORRISON MAHONEY LLP


   /s/ Carole Sakowski Lynch
Carole Sakowski Lynch, BBO#547718
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-5387
(413) 737-4373
(413) 739-3125 (Fax)


The Defendant
ROBIN LEAL
By His Attorneys
MURPHY, HESSE, TOOMEY & LEHANE, LLP


   /s/ Geoffrey B. McCollough
Geoffrey B. McCollough, Esq.
300 Crown Colony Drive, Suite 410
Quincy, MA  02169
(617) 479-5000
(617) 479-6469 (fax)

I hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on December 18, 2006.

   /s/ Carole Sakowski Lynch

2

343343v1