UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 4:05-CV-40030-FDS

|  |  |
|---|---|
| JOHN A. BOLDUC, JR. | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| TOWN OF WEBSTER, ROBIN | ) |
| LEAL, RICHARD BERGERON, | ) |
| and WILLIAM KEEFE, | ) |
| Defendants | ) |

**JOINT MOTION FOR FURTHER STAY OF PROCEEDINGS**

Now come the parties to the above-entitled matter and respectfully request the Court for a further stay of proceedings for a period of 45 days. This matter is currently scheduled for a Case Status Conference before the Court on Friday, April 27, 2007 at 2 p.m. As reason for this request, the parties state that, as previously represented to the Court, there are matters currently pending before the Civil Service Commission which may well be dispositive of significant portions of this case, if not the entirety. The subject Civil Service matter was heard before that Commission in December of 2005. We have been informed that Commission decisions in matters that were pending before it contemporaneously have recently issued.

WHEREFORE, the parties request that the matter be stayed for an additional 45 days and that the Status Conference scheduled for April 27th be continued.

Date:   April 25, 2007

Respectfully submitted,

| | |
|---|---|
| John Bolduc, | Town of Webster, Richard Bergeron and William Keefe, |
| By his attorney, | By their attorney, |
| | |
| /s/ John J. Green, Jr. | /s/ Carole Sakowski Lynch |
| John J. Green, Jr. | Carole Sakowski Lynch |
| Green, Miles, Lipton & Fitz-Gibbon, LLP | Morrison Mahoney, LLP |
| 77 Pleasant Street, P.O. Box 210 | 1500 Main Street |
| Northampton, MA  01061 | Springfield, MA  01115 |
| Telephone: 413-586-8218 | Telephone: 413-737-4373 |
| Fax: 413-584-6278 | Fax: 413-739-3125 |
| BBO# 209020 | BBO# 547718 |

Robin Leal,
By her attorney,


/s/ Geoffrey B. McCullough
Geoffrey B. McCullough
Murphy, Hesse, Toomey & Lehane, LLP
World Trade Center East
Two Seaport Lane
Boston, MA  02210
Telephone: 617-479-5000
Fax: 617-338-1324
BBO# 558207


CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2007, a copy of the foregoing document was filed electronically.  Notice of filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access the filing through the Court's electronic filing system.

/s/ John J. Green, Jr.
John J. Green, Jr.