**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JOHN A. BOLDUC, JR.**  )<br>      Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>**TOWN OF WEBSTER, ROBIN LEAL,**  )<br>**RICHARD BERGERON, and WILLIAM**  )<br>**KEEFE,**  )<br>      Defendants.  )<br>  ) | Civil Action No.: 05-40030FDS<br><br><br>**STIPULATION OF DISMISSAL**<br>**AS TO ROBIN LEAL AND**<br>**WILLIAM KEEFE** |

   Now come the undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1) stipulate to the dismissal with prejudice of so much of the complaint of Plaintiff John Bolduc as states a claim against the Defendants Robin Leal and William Keefe.  Each party to bear their own costs.

|  |  |
|---|---|
|  | Respectfully Submitted for the Plaintiff,<br>John A. Bolduc<br>By his Attorney, |
| 7/12/2007<br>Date | /s/ John J. Green, Jr.<br>John J. Green, Jr. BBO # 209020<br>Green, Miles, Lipton & Fitz-Gibbon LLP<br>77 Pleasant Street<br>P.O. Box 210<br>Northampton, MA 01061-0210<br>Telephone: 413-586-8218<br>Fax: 413-584-6278<br>Email: gmlwfesq@aol.com |

                                                Respectfully Submitted for the Defendants,
By their Attorneys,

| | |
|---|---|
| 7/12/2007<br>Date | /s/ Carole Sakowski Lynch<br>Carole Sakowski Lynch<br>Morrison Mahoney LLP<br>Towersquare Building, Suite 2400<br>1500 Main Street<br>P.O. Box 15387<br>Springfield, MA 01115-5387<br>Telephone: 413-737-4373<br>Fax: 413-739-3125<br>Email: clynch@morrisonmahoney.com |
| 7/12/2007<br>Date | Geoffrey B. McCullough<br>Geoffrey B. McCullough<br>Murphy, Hesse, Toomey & Lehane, LLP<br>World Trade Center East<br>Two Seaport Lane<br>Boston, MA 02210<br>Telephone: 617-479-5000<br>Fax: 617-338-1324<br>Email: gmccullough@mhtl.com |