CC: BOS
Richard Bauer
MAP

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

**RECEIVED**
**JUN 2 3 2003**
TOWN OF WEBSTER
ADMINISTRATOR

6/13/2003

**CONFIDENTIAL**

Town of Webster Police Department
Town Administrator
Town Hall
Main Street
Webster, MA 01570

RE: Thomas V. Ralph vs. Town of Webster Police Department, Richard Bergeron, Jr.
MCAD Docket Number: 03BEM01122
EEOC/HUD Number: 16CA301562

Dear Respondent Party:

Please be advised that the Massachusetts Commission Against Discrimination (MCAD) has received the above referenced complaint of discrimination which alleges that you have committed an act of discrimination. A copy of that complaint is enclosed.

State law requires the Commission to impartially review the allegations in that complaint. The Commission has assigned one of its staff, Jessica Thrall, to investigate the complaint. This MCAD investigator will keep the parties informed of developments arising from that investigation.

State law requires that you submit a formal written answer to the complaint in the form of an affirmed Position Statement. This written answer should be submitted to MCAD Investigator within twenty-one (21) days of receipt of this notification. In addition, the Position Statement must be notarized. A copy must also be forwarded to the Complainant at the address listed on the enclosed complaint.

Please note that you must include in the Position Statement one of the following statements:

I am (or Respondent is) represented by an attorney in this matter.
     -OR-
I am (or Respondent is) not represented by an attorney in this matter.

Failure to submit an accurate statement may result in adverse action being taken against you as the Respondent. Please note that if your representational situation changes, you must notify the Commission immediately.

It is our policy to determine whether the parties are willing to consider a rapid, informal and voluntary resolution of this dispute. The Commission encourages such resolutions as an alternative to the often lengthy and expensive litigation process. To discuss the possibility of settlement, please contact the Investigator named below.

If you have any questions pertaining to the investigation, please contact Jessica Thrall at (617) 994-6079.

Sincerely,

Jessica Thrall

MCAD Docket Number 03BEM01122, Serve Respondent – Without Investigative Conference